UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMICHAI BERGMAN, pleading on his own behalf and on behalf of all other similarly situated consumers,<br><br>         Plaintiff,<br><br>    vs.<br><br>COX COMMUNICATIONS INC.,<br><br>         Defendant. | Case No.: 2:17-cv-04721-GMS<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Defendant, COX COMMUNICATIONS, INC., and Plaintiff, AMICHAI BERGMAN, hereby jointly request that the Court dismiss Plaintiff's individual claims with prejudice and, with all rights of appeal waived, dismiss any claims of the putative class members without prejudice and, as to the dismissals, direct that all parties shall bear their own fees and costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.      .

Dated this 17th day of August, 2018.

Respectfully Submitted,

/s/ John Prather
John Prather, Esq.
5864 N. 83rd Street
Scottsdale, AZ 85250
Phone:  (480) 296-1507
johnprather1@cox.net

/s/ Daniel Zemel
Daniel Zemel, Esq. (*Pro Hac Vice*)
Zemel Law LLC
1373 Broad Street, Suite 203C
Clifton, NJ 07013
Phone:  (862) 227-3106
Fax:  (973) 282-8603
dz@zemellawllc.com

*Attorneys for Plaintiff, Amichai Bergman*

/s/ Brian Mosley
Brian Mosley, Esq.
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012
Phone:  (602) 640-9000
bmosley@omlaw.com
*Attorney for Defendant, Cox Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2018, a true and correct copy of the foregoing document was e-filed via the Court's ECF System and a copy sent to all counsel of record.

/s/ John Prather
John Prather, Esq.