# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amichai Bergman, | No. CV-17-04721-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Cox Communications Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 47) and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation and dismissing this action with prejudice, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate the pending Motion to Change Venue/Transfer Case (Doc. 20).

Dated this 20th day of August, 2018.

_____
Honorable G. Murray Snow
United States District Judge